# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. GLASS, | Case No. CV 16-07303 PA (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT KERNAN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice to Petitioner's right to pursue his claim under 42 U.S.C. § 1983.

DATED: May 23, 2017

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE